IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CAROLYN JONES,

    Plaintiff,

v.                                                   Case No. 2:20-cv-02231-MSN-tmp

C R BARD INC., and BARD
PERIPHERAL VASCULAR, INC.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed August 31, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the parties' Joint Stipulation of Dismissal without Prejudice, filed November 1, 2021, (ECF No. 22), settling this matter between the parties and dismissing all claims against Defendant with prejudice, all claims against Defendant are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

APPROVED: *s/ Mark S. Norris*
                    MARK S. NORRIS
                    UNITED STATES DISTRICT JUDGE

DATE:     November 1, 2021